IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DETROY JOHNSON :
:
v. : CIVIL ACTION NO. 02-4632
:
PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, ET AL.
:

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this          day of          ,          , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable CAROL SANDRA MOORE WELLS, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
JOHN R. PADOVA, J.

civrr