IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DETROY JOHNSON : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| PENNSYLVANIA BOARD OF PROBATION : | 02-4632 |
| AND PAROLE, et al | |

## O R D E R

       AND NOW, this        day of September, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

       1. The District Attorney of Philadelphia is added as a party respondent and the caption is hereby so amended.

       2. The District Attorney shall file specific and detailed answers within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254.

       3. The Clerk of the Quarter Sessions Court of Philadelphia County shall file with the Clerk of this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of <u>Commonwealth v. Johnson</u>, Court of Common Pleas of Philadelphia, Indictment No. 1496-88, C.P. Nos. 1236, 1236, 1902 and 1904, within twenty (20) days of the date of this order.

                                 BY THE COURT:

                                 _____
                                 CAROL SANDRA MOORE WELLS
                                 UNITED STATES MAGISTRATE JUDGE