IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
DETROY JOHNSON,                       )
                                      )   Civil Action
              Plaintiff               )   No.  2002-cv-04632
                                      )
     vs.                              )
                                      )
PENNSYLVANIA BOARD OF PROBATION       )
AND PAROLE,                           )
DEPARTMENT OF CORRECTIONS,            )
DISTRICT ATTORNEY OF THE              )
COUNTY OF PHILADELPHIA and            )
ATTORNEY GENERAL OF THE               )
STATE OF PENNSYLVANIA,                )
                                      )
              Defendants              )
```

O R D E R

NOW, this 11th day of April, 2003, upon consideration of plaintiff's petition for a preliminary injunction filed March 11, 2003; it appearing that on July 11, 2002 plaintiff filed a Petition for Writ of Habeas Corpus; it further appearing that by Order of our colleague District Judge John R. Pavoda dated July 30, 2002 plaintiff's petition for habeas corpus relief was referred to United States Magistrate Judge Carol Sandra Moore Wells for a Report and Recommendation; it further appearing that after review of plaintiff's within petition that plaintiff avers that his request for a preliminary injunction is somehow involved with his Petition for Writ of Habeas Corpus,

IT IS ORDERED that plaintiff's request for a preliminary injunction is referred to United States Magistrate Judge Carol Sandra Moore Wells for consideration together with plaintiff's Petition for Writ of Habeas Corpus.

BY THE COURT:


James Knoll Gardner
United States District Judge