IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Detroy Johnson

02-CV-4632
District Court Docket Number

vs.

Pa. Board of Probation and Parole, et al

Notice of Appeal Filed 5/3/04
Court Reporter(s)/ESR Operator(s)        N/A

Filing Fee:
    Notice of Appeal __Paid _X_ Not Paid   __Seaman
    Docket Fee       __Paid _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending


Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
_X_ Motion pending before district judge


Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_ Denied
__Pending




                            Defendant's Address (for criminal appeals)

_____
_____
_____


                            Prepared by :_____
                                   Fernando Benitez, Jr.
                                   Deputy Clerk Signature/Date


PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm